# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ENOVA TEXTILE & APPAREL, LLC,**

    **Plaintiff(s),**

v.                                      CASE NO: 8:10-CV-2784-T-30TGW

**PRASHANT AGGRAWAL, individually
and d/b/a KISHORE INDUSTRIES,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Second Order to Show Cause (Dkt. #10) entered on January 10, 2012. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-2784.dismissal.wpd*